**CITY OF UNIVERSITY CITY, Missouri, Plaintiff/Respondent,**

v.

**Rosetta LEE, Defendant/Cross–Claim Defendant/Appellant,**

**Royal Banks of Missouri, Defendant/Cross–Claim Defendant/Respondent,**

and

**Jane/John Doe, Defendant/Cross–Claimant/Respondent.**

**No. ED 90036.**

Missouri Court of Appeals, Eastern District, Division One.

June 10, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 15, 2008.

John F. Mulligan, Jr., Clayton, MO, for City of University City, respondent.

William James O'Herin, Florissant, MO, for appellant.

Terrence E. Moffitt, St. Louis, MO, for Royal Banks of Missouri, respondent.

Shawn A. Goulet, Clayton, MO, for Jane/John Doe, respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, JR., J., and KENNETH M. ROMINES, J.

*ORDER*

PER CURIAM.

This is an appeal from a judgment in favor of Jane/John Doe on plaintiff's petition seeking a declaratory judgment. The

trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).